■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY A. ALCOCK, Appellant. [816 NYS2d 397]—Appeal from a judgment of the Cayuga County Court (Peter E. Corning, J.), rendered March 24, 2005. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Hayes, JJ.